**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-7070**

_____

In Re: RODNEY H. WILLIAMS, a/k/a Simon Andrew
Conrad, a/k/a Siothan Andrew Connor, a/k/a Rod
Williams, a/k/a Kenneth Gary Williams,

                                                Petitioner.

_____

On Petition for Writ of Mandamus
(CR-01-231)

_____

Submitted:  September 27, 2005      Decided:  October 4, 2005

_____

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Rodney H. Williams, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney H. Williams petitions for writ of mandamus. He seeks an order requiring the district court judge presiding over his 28 U.S.C. § 2255 (2000) proceeding to be recused.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. See In re First Fed. Sav. & Loan Assn., 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus may not be used as a substitute for appeal. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).

Williams has failed to allege the extrajudicial bias necessary to warrant recusal of the district judge. In re Beard, 811 F.2d at 827. Thus, his claim fails. Id. Accordingly, we deny Williams' motion to proceed in forma pauperis and his petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -